IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LORETTA T ELLIOTT,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN STATES INSURANCE COMPANY,<br><br>        Defendant. | 1:16CV1175 |

**JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment, IT IS HEREBY ADJUDGED that American States Insurance Company's Motion to Dismiss [Doc. #11] is GRANTED and that this case be DISMISSED.

This the 22nd day of March, 2017.

                                    /s/ N. Carlton Tilley, Jr.
                                  Senior United States District Judge