FILED: March 19, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1421
(1:16-cv-01175-NCT-JEP)

_____

LORETTA T. ELLIOTT

    Plaintiff - Appellant

v.

AMERICAN STATES INSURANCE COMPANY

    Defendant - Appellee

_____

O R D E R

_____

Costs for these proceedings are taxed and certified in the amount of $28.20, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk