FILED: March 27, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1421
(1:16-cv-01175-NCT-JEP)
_____

LORETTA T. ELLIOTT

    Plaintiff - Appellant

v.

AMERICAN STATES INSURANCE COMPANY

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 02/20/2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*